PROB 12C
(7/93)

Report Date: August 24, 2011

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**AUG 24 2011**

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristobal Deleon Fernandez          Case Number: 2:01CR06012-001

Address of Offender: Incarcerated at the Snohomish County Jail, Snohomish, WA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 02/21/2002

| | |
|---|---|
| Original Offense: | Ct. 1. Conspiracy to Distribute Controlled Substance: Methamphetamine, 21 U.S.C. § 846<br><br>Ct. 2: Possession with Intent to Distribute a Controlled Substance, Methamphetamine and Aid/Abet Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 108 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jane Kirk |
| | Date Supervision Commenced: 05/08/2009 |
| Defense Attorney: | Diane E. Hehir |
| | Date Supervision Expires: 05/07/2014 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 14, 2011, probable cause was found and the defendant was charged with violation of the uniformed controlled substance abuse act, in the Snohomish County-Everett Division District Court, case number PC11-2290.<br><br>On August 15, 2011, the defendant appeared before the court for his initial appearance and remained in custody. On August 16, 2011, the charge was dismissed citing the charge is to be filed in superior/district court.<br><br>On August 16, 2011, charges were filed in the Snohomish County-Everett Division District Court, case number 3618B-11F, for possession of a controlled substance, which was previously filed as case number PC11-2290. |

On August 19, 2011, the defendant appeared before the court for his initial appearance, bail was set, and the defendant remained in custody. At the time of this report, an additional court date has not been scheduled.

According to the police report on the above matters, on August 12, 2011, officers received information from a reliable source that the defendant, using the alias, Aurelio A. Urvina, Jr., and his girlfriend were en route to a residence to deliver at least 1 pound of methamphetamine. The vehicle driven by the defendant was located and stopped by patrol units. Upon questioning, the defendant admitted that he had a small amount of methamphetamine in his wallet for his personal use. Inside the defendant's wallet was a folded dollar bill, which contained an off white substance. It was field tested and returned positive for methamphetamine.

Prior to a search of the defendant's vehicle, an officer deployed his K-9 on the vehicle, and the K-9 alerted to the presence of narcotics, however, officers were unable to locate any narcotics inside the vehicle. Officers did notice several natural voids in the vehicle where the K-9 alerted.

The defendant was arrested and booked into the Snohomish County Jail and currently remains in custody.

Information received from the U.S. Immigration and Customs Enforcement (ICE), indicates the defendant was previously deported to Mexico, on May 8, 2009, at San Ysidro, California. ICE has also placed a detainer on the defendant in the above matters.

At the time of this report, it is unknown if the defendant will be charged with a new criminal offense of alien in U.S. after deportation.

Prob12C
Re: Fernandez, Cristobal Deleon
August 24, 2011
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/24/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

August 24, 2011
Date