PROB 12C
(7/93)

Report Date: November 8, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristobal Deleon Fernandez        Case Number: 2:01CR06012-001

Address of Offender: Incarcerated at the Yakima County Jail, Yakima, WA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 02/21/2002

Original Offense:    Ct. 1. Conspiracy to Distribute Controlled Substance: Methamphetamine, 21 U.S.C. § 846
Ct. 2: Possession with Intent to Distribute a Controlled Substance, Methamphetamine and Aid/Abet Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 108 Months; TSR - 60 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Jane Kirk        Date Supervision Commenced: 05/08/2009

Defense Attorney:    Diane E. Hehir        Date Supervision Expires: 05/07/2014

## PETITIONING THE COURT

**To amend the petition requesting a warrant filed on August 24, 2011.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Cristobal Deleon Fernandez, a.k.a.: Aurelio Ayon Urvina, Jr., was arrested and charged with possession of a controlled substance, methamphetamine, in Snohomish County Superior Court, Snohomish, Washington, under cause number 11-1-01991-2, on August 12, 2011. He was convicted of the charge on October 18, 2011, and was sentenced to 4 months incarceration, and given credit for time served.

According to the police report, on August 12, 2011, officers received information from a reliable source that the defendant, using the alias, Aurelio A. Urvina, Jr., and his girlfriend were en route to a residence to deliver at least 1 pound of methamphetamine. The vehicle driven by the defendant was located and stopped by patrol units. Upon questioning, the defendant admitted he had a small amount of methamphetamine in his wallet for his personal use. Inside the defendant's wallet was a folded dollar bill, which contained an off white substance. It was field tested and returned positive for methamphetamine.

Prob12C
Re: Fernandez, Cristobal Deleon
November 8, 2011
Page 2

Prior to a search of the defendant's vehicle, an officer deployed his K-9 on the vehicle, and the K-9 alerted to the presence of narcotics, however, officers were unable to locate any narcotics inside the vehicle. Officers did notice several natural voids in the vehicle where the K-9 alerted.

Information received from the U.S. Immigration and Customs Enforcement (ICE), indicates the defendant was previously deported to Mexico on May 8, 2009, at San Ysidro, California. ICE has also placed a detainer on the defendant in the above matters.

At the time of this report, it is unknown if the defendant will be charged with a new criminal offense of alien in U.S. after deportation.

The U.S. Probation Office respectfully recommends the Court amend the petition requesting a warrant filed on August 24, 201. Mr. Fernandez was initially charged with a misdemeanor. He was later charged and convicted of a felony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/08/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS



[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Amend the petition requesting a warrant filed on August 24, 2011, to include the information outlined above.

Signature of Judicial Officer

11/9/11

Date